## 1684CR00784 Commonwealth vs. Prats Diaz, Angel

- Case Type:
- Indictment
- Case Status:
- Open
- File Date
- 10/20/2016
- DCM Track:
- B - Complex
- Initiating Action:
- COCAINE, TRAFFICKING IN, 36 GRAMS OR MORE, LESS THAN 100 GRAMS c94C §32E(b)
- Status Date:
- 10/25/2016
- Case Judge:
- 
- Next Event:

| All Information | Party | Charge | Event | Tickler | Docket | Disposition |

### Party Information

**Massachusetts Attorney General**
- Prosecutor

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Kwon, Esq., Gina K<br>Bar Code<br>669800<br>Address<br>Office of the Attorney General<br>One Ashburton Place<br>19th Floor<br>Boston, MA 02108<br>Phone Number<br>(617)727-2200 |

**More Party Information**

**Prats Diaz, Angel**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Anthony, Esq., Paul J<br>Bar Code<br>630872<br>Address<br>Law Office of Paul J. Anthony<br>426 Main St<br>Suite 1<br>Stoneham, MA 02180<br>Phone Number<br>(781)438-0555 |

**More Party Information**

### Party Charge Information

- **Prats Diaz, Angel**
- Defendant
- **Charge # 1:**
- **94C/32E/B-2 - Felony**    COCAINE, TRAFFICKING IN, 36 GRAMS OR MORE, LESS THAN 100 GRAMS c94C §32E(b)

- Original Charge
- 94C/32E/B-2 COCAINE, TRAFFICKING IN, 36 GRAMS OR MORE, LESS THAN 100 GRAMS c94C §32E(b) (Felony)
- Indicted Charge
- Amended Charge

| Charge Disposition |
|---|
| Disposition Date<br>Disposition<br>09/26/2017<br>Nolle Prosequi |

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 10/25/2016 09:00 AM | Magistrate's Session | BOS-7th FL, CR 705 (SC) | Arraignment | Medeiros, Lisa B | Held as Scheduled |
| 12/01/2016 09:30 AM | Magistrate's Session | BOS-7th FL, CR 705 (SC) | Pre-Trial Conference | Curley, Edward J | Held as Scheduled |
| 01/05/2017 09:30 AM | Magistrate's Session | BOS-7th FL, CR 705 (SC) | Pre-Trial Conference |  | Held as Scheduled |
| 02/13/2017 09:30 AM | Criminal 1 | BOS-7th FL, CR 704 (SC) | Pre-Trial Hearing |  | Not Held |
| 02/23/2017 09:30 AM | Criminal 1 | BOS-7th FL, CR 704 (SC) | Pre-Trial Hearing | Tochka, Hon. Robert N | Held as Scheduled |
| 03/27/2017 09:30 AM | Criminal 1 | BOS-7th FL, CR 704 (SC) | Lobby Conference | Tochka, Hon. Robert N | Held as Scheduled |
| 07/21/2017 02:00 PM | Criminal 7 | BOS-9th FL, CR 907 (SC) | Final Pre-Trial Conference |  | Canceled |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 08/08/2017 09:00 AM | Criminal 7 | BOS-9th FL, CR 907 (SC) | Jury Trial | | Canceled |
| 08/08/2017 09:30 AM | Criminal 1 | BOS-7th FL, CR 704 (SC) | Conference to Review Status | | Held as Scheduled |
| 12/21/2017 09:30 AM | Criminal 1 | BOS-7th FL, CR 704 (SC) | Conference to Review Status | | Canceled |

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Pre-Trial Hearing | 10/25/2016 | 03/09/2017 | 135 | 02/23/2017 |
| Final Pre-Trial Conference | 10/25/2016 | 07/07/2017 | 255 | 03/27/2017 |
| Case Disposition | 10/25/2016 | 07/21/2017 | 269 | 10/25/2016 |

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/20/2016 | Indictment(s) returned | 1 | |
| 10/20/2016 | Commonwealth 's   Motion for issuance of a summons . filed. | 2 | |
| 10/20/2016 | Endorsement on Motion for issuance of a summons , (#2.0): ALLOWED and FILED. | | |
| 10/20/2016 | Issued this date:<br><br>Summons to Defendant<br>Sent On:  10/20/2016 14:52:48 | | |
| 10/25/2016 | Attorney appearance<br>On this date Paul J. Anthony, Esq. added as Appointed - Indigent Defendant for Defendant Angel Prats Diaz<br>Appointment made  for the purpose of Case in Chief by Judge Lisa B Medeiros. | | |
| 10/25/2016 | Event Result: Deft comes into Court<br>The following event: Arraignment scheduled for 10/25/2016 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled<br>Appeared:<br>Attorney     Anthony, Esq., Paul J.<br>Defendant    Prats Diaz, Angel<br>Attorney     Kwon, Esq., Gina Kim<br>Medeiros, MAG - FTR | | |
| 10/25/2016 | Defendant arraigned before Court. | | |
| 10/25/2016 | Defendant waives reading of indictment | | |
| 10/25/2016 | Plea of not guilty entered on all charges. | | |
| 10/25/2016 | Bail set at $20,000.00 Surety, $2,000.00 Cash.  Without Prejudice.<br>Bail Warning Read. Said bail having been met, posted and verified ordered transferred from Chelsea District Ct 1614CR1634. | | |
| 10/25/2016 | Court inquires of Commonwealth if abuse, as defined by G.L. c. 209A, § 1, is alleged to have occurred immediately prior to or in connection with the charged offense(s). | | |
| 10/25/2016 | Court finds NO abuse is alleged in connection with the charged offense.  G.L. c. 276, § 56A. | | |
| 10/25/2016 | Defendant informed of right to request a drug exam.  G.L. c. 111E, § 10 | | |
| 10/25/2016 | Commonwealth 's   Notice of Appearance of ADA G. Kwon filed | 3 | |
| 10/25/2016 | Commonwealth 's   Statement of the case filed | 4 | |
| 10/25/2016 | Commonwealth 's   Notice of Discovery I filed | 5 | |
| 10/25/2016 | Case assigned to:<br>DCM Track B - Complex was added on 10/25/2016 | | |
| 10/25/2016 | Nolle Prosequi entered, case closed. | | |
| 12/01/2016 | Event Result: Deft not in Court<br>The following event: Pre-Trial Conference scheduled for 12/01/2016 09:30 AM has been resulted as follows:<br>Result: Held as Scheduled<br>Appeared:<br>Attorney     Anthony, Esq., Paul J.<br>Curley, MAG - FTR | | |
| 12/05/2016 | Commonwealth 's   Notice of Discovery II. filed. | 6 | |
| 01/03/2017 | Commonwealth 's   Notice of Discovery III. filed. | 7 | |
| 01/05/2017 | Defendant Comes Into Court<br>The following event: Pre-Trial Conference scheduled for 01/05/2017 09:30 AM has been resulted as follows:<br>Result: Held as Scheduled<br>E.Curley,MAG - G.Kwon,AAG - P.Anthony,Atty - FTR | | |
| 01/05/2017 | Pre-trial conference report filed | 8 | |
| 01/05/2017 | Defendant 's   Motion for Production of Police Reports filed | 9 | |
| 01/05/2017 | Defendant 's   Motion for Disclosure and Production of CI Records and Protocol filed | 10 | |
| 01/05/2017 | Defendant 's   Motion for Disclosure and Production of Probation Records filed | 11 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/17/2017 | Commonwealth 's  Notice of discovery filed. | 12 | |
| 01/30/2017 | Commonwealth 's  Notice of fifth discovery, filed. | 13 | |
| 02/10/2017 | Commonwealth 's  Notice of discovery VI, filed. | 14 | |
| 02/13/2017 | Not present<br>Continued by agreement to 2-23-17 re PTH(J)<br>Tochka, J. - G. Kwon, AAG. - FTR. | | |
| 02/23/2017 | Deft Comes into Court<br>Continued by agreement to 3/27/17 for Hearing re: Lobby/Plea in 1st<br><br>Tochka, J<br>P Anthony, ATTY<br>FTR | | |
| 02/23/2017 | Commonwealth 's  Certificate of Compliance filed | 15 | |
| 03/13/2017 | Commonwealth 's  Notice of Discovery VII<br>filed | 16 | |
| 03/27/2017 | Deft Comes into Court<br>Cancel 7/21/17 and 8/8/17 Dates<br>Continued by agreement to 8/8/17 for Hearing re: Status in 1st<br><br>Tochka, J<br>G Kwon, AAG<br>P Anthony, ATTY<br>FTR | | |
| 03/27/2017 | Event Result:<br>The following event: Jury Trial scheduled for 08/08/2017 09:00 AM has been resulted as follows:<br>Result: Canceled<br>Reason: By Court prior to date | | |
| 04/07/2017 | Commonwealth 's  Notice of discovery VIII. filed. | 17 | |
| 05/16/2017 | Commonwealth 's  Notice of discovery IX. filed. | 18 | |
| 08/08/2017 | Comes into court<br>Continued by agreement to 12-21-17 re status(J)<br>Sullivan, J. - G. Kwon, AAG. - P. Anthony, Atty. - FTR. | | |
| 09/01/2017 | Commonwealth 's  Notice of Discovery X<br>Filed | 19 | |
| 09/25/2017 | Offense Disposition::<br>Charge #1 COCAINE, TRAFFICKING IN, 36 GRAMS OR MORE, LESS THAN 100 GRAMS c94C §32E(b)<br>    On: 09/26/2017     Judge: Unassigned<br>    By: Other Court Event     Nolle Prosequi | | |
| 09/25/2017 | Event Result:<br>The following event: Conference to Review Status scheduled for 12/21/2017 09:30 AM has been resulted as follows:<br>Result: Canceled<br>Reason: Request of Commonwealth | | |
| 09/25/2017 | Commonwealth files Nolle Prosequi as to count(s):<br><br>1 COCAINE, TRAFFICKING IN, 36 GRAMS OR MORE, LESS THAN 100 GRAMS c94C §32E(b)<br>(Probation Notified by Fax) | 20 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Nolle Prosequi | 09/26/2017 | |